IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MEDICAL BROADCASTING COMPANY     :  CIVIL ACTION
                                 :
             v.                  :
                                 :
WILLIAM C. FLAIZ, et al.         :  NO. 02-8554


<u>ORDER</u>


        AND NOW, this    day of June, 2003, it is hereby
ORDERED that the motion of defendants for summary judgment as to
plaintiff's claims for providing and distributing false copyright
management information under the Digital Millennium Copyright
Act, 17 U.S.C. § 1202(a), (Counts V and VI) is DENIED because of
the existence of genuine issues of material fact.  The Act does
not require a valid registration of a copyright as a
jurisdictional prerequisite to suit.  <u>See</u> 17 U.S.C. § 1201, et
seq.

                        BY THE COURT:


                        _____
                                                        J.